PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

**FILED**
2024 NOV 12 PM 1:55
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

U.S.A. vs. Danny Bryan Cummings

Docket No.
[0542 2:24CR02330]-[001]

## Petition for Action on Conditions of Pretrial Release

COMES NOW   Carlos E Vera _____, pretrial services/probation officer, presenting an official report upon the conduct of defendant   Danny Bryan Cummings _____,

who was placed under pretrial release supervision by the  Honorable Joseph Cordova _____,

sitting in the court at   Western District of Texas/Del Rio, Texas _____   on the 29    date of August, 2024

under the following conditions:

> (1) The defendant must not violate federal, state or local law while on release.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 11, 2024, the defendant was arrested by the Texas Department of Public Safety Criminal Investigation Division and charged with Online Solicitation of a Minor-Sexual Contact. On November 12, 2024, U.S. Pretrial Services Officer Carlos Vera made contact with the Camp County Sheriff's Office in Pittsburg, Texas, who advised the defendant had been arrested and is currently in custody. The defendant is scheduled for Docket Call on December 10, 2024, before the Chief U.S District Judge Alia Moses. AUSA Joshua Bannister is in agreement with this petition.

PRAYING THAT THE COURT WILL ORDER  a warrant be issued, and the defendant be brought before the court in Del Rio, Texas, to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/12/2024

U.S. Pretrial Services/Probation Officer

Place   Del Rio, Texas

### ORDER OF COURT

Considered and ordered this 12        day of
November        , 2024   and ordered filed
and made a part of the records in the above case.

Honorable Joseph Cordova
U.S. District Judge/Magistrate Judge

A true copy of the original, I certify.
Clerk, U.S. District Court
By
Deputy Clerk